IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00428-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS FRANKLIN BLALOCK | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Unopposed Motion for Restitution. (Doc. No. 26).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). The parties have now timely proposed a list of victims and losses, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 26: Motion at 2).

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case will include a final restitution figure of $30,000 payable in the amounts listed in the motion.

**IT IS FURTHER ORDERED** that the victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victims receive full restitution.

Any payment made that is not payment in full shall be divided proportionately among the victims named.

Signed: January 31, 2022

_____
Robert J. Conrad, Jr.
United States District Judge